IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

## APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT

I, Alan C. Damron, United States Postal Inspector, do hereby swear and affirm the following facts as being true to the best of my knowledge, information, and belief:

1. I am a United States Postal Inspector, assigned to investigate the unlawful transportation of contraband, including Title 21 controlled substances, through the United States Mail. I have been a Postal Inspector since June 2007. As part of my duties, I investigate incidents where the United States mail system is used for the purpose of transporting non-mailable matter, including controlled substances such as marijuana, cocaine, methamphetamine and heroin, in violation of Title 21, United States Code, Sections 841(a)(1), 843(b), and substances mailed in violation of Title 18, United States Code, Section 1716.

2. Based on my experience, training and discussions with other law enforcement officers experienced in drug investigations, I know that certain indicators exist when persons use the United States Mails to ship controlled substances from one location to another. Indicators for parcels that contain controlled substances include, but are not limited to the following:

    a. It is a common practice for the shippers of controlled substances and proceeds of the sale of controlled substances to use Express Mail because the drugs arrive faster and on a predictable date, and

APR 4 - 2013

this system allows shippers to keep track of the shipment. With regards to Express Mail parcels, shippers pay for the benefit of being able to confirm the delivery of the parcel by checking the U.S. Postal Service Internet Website and/or calling a toll free number.

b. These packages in many instances contain a fictitious return address, incomplete return address, no return address, the return address is same as the addressee address, or the return address does not match the place where the parcel was mailed from. These packages are also sometimes addressed to or from a commercial mail receiving agency (i.e., UPS Store). These address practices are used by narcotics traffickers to hide the true identity of the person(s) shipping and/or receiving the controlled substances from law enforcement officials.

c. In order to conceal the distinctive smell of controlled substances from narcotic detector dogs, these packages tend to be wrapped excessively in bubble-pack and wrapping plastic, and are sometimes sealed with the use of tape around all the seams. Also, the parcels often contain other parcels which are carefully sealed to prevent the escape of odors. Sometimes perfumes, coffee, dryer sheets, tobacco or other smelling substances are used to mask the odor of the controlled substances being shipped.

d. When the shipper mails controlled substances from a particular



APR 4 - 2013

area/state, the proceeds from the sale of these controlled substances may be returned to the shipper. Based on experience and discussions, there are known source states, where controlled substances are mailed from, including California, Oregon, Washington, Arizona and Texas.

e. I know from training and discussions with other law enforcement officers that the following controlled substances are likely to be found during parcel interdictions: marijuana, methamphetamine, cocaine, LSD, psilocybin mushrooms, heroin, opium, and MDMA.

3. In this warrant application, I seek this Court's authority to search Express Mail Parcel EB990720285US, which is described in greater detail below, for controlled substances in violation of Title 21 U.S.C. Sections 841(a)(1) and 843(b) and Title 18 U.S.C. Section 1716.

## RELEVANT FACTS PERTAINING TO EXPRESS MAIL PARCEL EB990720285US

4. On April 3, 2013, the Express Mail Parcel EB990720285US that is the subject of this search warrant affidavit, was identified by Postal Inspectors due to the characteristics used by traffickers of narcotics (hereinafter referred to as the subject parcel), addressed to "Frank Waghiyi, P.O. Box 166, Savoonga, AK 99769," from "Rosevelt, WA 99356." The senders name and street address were illegible. A photocopy of the label of the subject parcel is attached as **Exhibit 1**. The subject parcel weighs approximately 3 pounds, 9 ounces and is described as a white with blue

APR 4 - 2013

trim, Express Mail Mailing Box, measuring approximately 15.5 x 12.5 x 3 inches, bearing handwritten sender and addressee information. The subject parcel is affixed with a Postalia Meter Strip in the amount of $16.65 and a "Bixby Creek Bridge" stamp in the amount of $18.30, and was mailed on April 1, 2013, from Lyle, WA.

5. On April 3, 2013, I was at the Anchorage, AK Processing and Distribution Center (P&DC) profiling inbound Express Mail parcels. Inspectors identified the subject parcel and pulled it for further investigation.

6. This parcel was also identified due to characteristics drug traffickers use to prevent the detection of drugs being shipped through the mail. For this parcel, these characteristics included, but are not limited to:

   a. Sent from a known source state. (Washington is a known narcotics source state from which narcotics are shipped out and proceeds of narcotics sales are sent to. See Paragraph 2.d)

   b. Incomplete return address. (The return address is illegible. See paragraph 2 b. Since the return address is illegible a shipper can not be associated with the parcel.)

   c. Parcel is heavily taped. See paragraph 2 c.

7. Addressee is valid. (Per Accurint, a search database under Lexis-Nexis, records were found associating Frank Waghiyi, P.O. Box 166, Savoonga, AK 99769, as residing at the address listed on the subject parcel. The data provided by Accurint is a combination of over 33 billion records from over 8,800 different data sources which are updated daily, weekly,

4

APR 4 - 2013

Case 3:13-mj-00102-DMS   Document 1-1   Filed 04/04/13   Page 4 of 7

monthly, and annually, depending on the particular data source.)

8. On April 3, 2012, at approximately 10:05 AM, Alaska State Trooper (AST) Rick Pawlak had canine "Duncan" examine the subject parcel. AST Pawlak, "Duncan's" handler, advised me that the canine had exhibited a change in behavior consistent with the presence of an odor of a controlled substance the canine is trained to recognize. Attached hereto as **Exhibit 2** and incorporated herein by reference is a true and correct copy of a written statement provided by AST Pawlak, which sets forth "Duncan's" training and experience as a narcotics detector dog. The subject parcel is currently in my custody at my office at 341 W. Tudor Road, Suite 208, Anchorage, AK 99503, and is in its original sealed and intact condition.

9. Based on my training and experience as a Postal Inspector and the aforementioned factors, your affiant believes there is probable cause to believe that the subject package contains controlled substances, and/or other evidence of violations of Title 21, United States Code, Sections 841(a)(1) and 843(b), and Title 18, United States Code, Section 1716.

FURTHER AFFIANT SAYETH NAUGHT.   SIGNATURE REDACTED

Alan C. Damron
Postal Inspector

Subscribed and sworn to before me, this 3rd day of April 2013.
/S/ DEBORAH M. SMITH
U.S. MAGISTRATE JUDGE
SIGNATURE REDACTED

U.S. MAGISTRATE JUDGE

APR 4 - 2013









# ATTACHMENT IN SUPPORT OF AFFIDAVIT FOR SEARCH WARRANT
# PERFORMANCE RECORD OF SCENT DETECTION CANINE
# TEAM INVESTIGATOR PAWLAK & K-9 "DUNCAN"

The facts tending to establish the foregoing grounds for issuance of a search warrant are as follows:

### INVESTIGATOR RICK PAWLAK:

The affiant has been an Alaska State Trooper in Alaska since September 12, 1998 and an Alaska State Trooper K-9 Handler since March 2002. Investigator Pawlak has been a certified handler with three police canines and has been a scent detection instructor since June 2005. Investigator Pawlak completed a 10 week Dual Purpose K-9 Academy in 2002 and became certified in March 2002 with K-9 Bolo.
Investigator Pawlak with K-9 Custa attended a 9 week K-9 Patrol Academy through the Anchorage Police Department K-9 Unit in 2004 and a 5-week Scent Detection K-9 Academy through the Alaska State Trooper K-9 Unit in 2005.
On August 7, 2006 Inv. Pawlak was assigned to the Alaska Bureau of Alcohol and Drug Enforcement and on November 9, 2006 was assigned as a Task Force Officer to the Drug Enforcement Administration (DEA) Alaska Interdiction Task Force (AITF).
In March of 2007 Inv. Pawlak attended the DEA Basic Drug Investigation Course (80 hrs),
In September 2007, Inv. Pawlak attended DEA's Operation Jetway Training (24 hrs), and in February 2009 attended the Invicta Tactical's Law Dog Canine Conference (40 hrs).
On February 8, 2011 and February 28, 2012, Investigator Pawlak and K-9 Duncan were certified by the Alaska State Troopers as a scent detection team.

### SCENT DETECTION CANINE "DUNCAN":

K-9 Duncan is a male German Shepherd. In 2007, K9 Duncan attended a 10 week scent detection academy and became certified by the Alaska State Troopers to detect the odor of marijuana, methamphetamine, heroin, and cocaine. K-9 Duncan with Inv. Pawlak became certified in the detection of the odor of controlled substances Cocaine, Heroin, Methamphetamine, and Marijuana on February 8, 2011 and most recently on February 28th 2012..

### SEARCHES:

Since February 2011, K-9 Duncan has been commanded to sniff for the presence of the odor of controlled substances approximately **175** times during scent detection training. K-9 Duncan performs blank training searches where no controlled substances are present and also trains in a variety of environments and conditions including but not limited to luggage, vehicles, packages, residences, and offices as part of his maintenance training.
Since February 2011, K-9 Duncan was directed to sniff **460** times during actual controlled substance investigations and has indicated **143** times during those investigations. Subsequent searches and/or interviews have corroborated K-9 Duncan's indications to the presence of the odor of controlled substances on **128** of those indications. There has been **15** occasion(s) where K-9 Duncan indicated and the reasons for the indications remain unexplained. One unexplained indication is pending this search warrant.

### SPECIFICS:

On 04-03-2013 at 1005 hours, Inv. Rick Pawlak directed scent detection canine Duncan to sniff the exterior of USPS Express Mail parcel EB 990720285 US and K9 Duncan indicated to the odor of a controlled substance.

Signature _____

Subscribed and sworn to or affirmed before me on _April 3_____, 20_13_, at
_Anchorage_____, Alaska.

Signature: Notary (if needed)  Signature: _Patricia Hyde_
(Seal)

STATE OF ALASKA
NOTARY PUBLIC
Patricia A. Hyde
My Commission Expires: 4/08/14

APR 4 - 2013

Inspection Service
Exhibit
2

03-13-MJ00102-DMS
Label 113, July 1987